THORNTON *v*. OHIO.

No. 373, Misc.   Decided March 6, 1961.

*Albert E. Savoy* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.